393 A.2d 1293

Mason et al. v. Mooney, Appellant.

630

Argued April 11, 1978. Gordon C. Post, Jr., submitted a brief for appellant; Bernard J. Hesley, for appellees.

Order affirmed.